UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:15-cv-531 |
| | ) ) Judge: Hon. John J. Tharp, Jr. |
| Crossroads Hospitality Management Company d/b/a Westin Chicago Northwest, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: April 30, 2015

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132