**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Howard Cohan

                              Plaintiff,

v.                                                       Case No.: 1:15−cv−00531
                                                        Honorable John J. Tharp Jr.

Crossroads Hospitality Management Company

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held. Parties have settled. Plaintiff's agreed motion to dismiss [17] is granted. The case is dismissed with prejudice, each party to bear its own costs and attorney fees. Case is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.